1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                       UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | Case No. 1:24-po-00013-SAB
12 |         Plaintiff,                | [Citation #FABC00NH, CA40]
13 | v.                                | STIPULATION TO REQUEST DEFENDANT BE
                                        PERMITTED TO FORFEIT COLLATERAL IN
14 | OMAR LIRA-ESTRELLA,                | LIEU OF APPEARANCE BEFORE THE COURT
                                        AND ORDER THEREON
15 |         Defendant.                |

16

17

18     IT IS HEREBY STIPULATED by and between The United States of America, by and through

19 Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, and

20 Defendant Omar Lira-Estrella, by and through Heather Williams, Federal Defender, and Laura Myers,

21 Assistant Federal Defender, that the status conference in the above-captioned matter set for

22 March 22, 2024, at 10:00 a.m. be vacated and that defendant be permitted to forfeit collateral in lieu of

23 appearance.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

The parties agree and stipulate that violation number FABC00NH, CA40, can be resolved through a forfeiture of collateral for a violation of 36 C.F.R § 261.10(d), consistent with the bail schedule, to wit: $400 plus the $30 processing fee.

DATED: March 20, 2024                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:    /s/ *Jeffrey A. Spivak*
       JEFFREY A. SPIVAK
       Assistant United States Attorney

DATED: March 20, 2024                    Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

By:    /s/ *Laura Myers*
       LAURA MYERS
       Assistant Federal Defender

# **O R D E R**

IT IS HEREBY ORDERED that [Citation #FABC00NH, CA40] in Case No. 1:24-po-00013-SAB against OMAR LIRA-ESTRELLA be converted to a bailable citation with collateral amount of $400 plus the $30 processing fee for a total amount of $430.

IT IS SO ORDERED.

Dated:   **March 20, 2024**

UNITED STATES MAGISTRATE JUDGE